1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BILL LIETZKE,                          No.  2:18-cv-02393-KJM-KJN PS

12                    Plaintiff,

13        v.                                 ORDER

14    CITY OF MONTGOMERY, et al.,

15                    Defendants.

16

17        On August 30, 2018, plaintiff Bill Lietzke, proceeding without counsel, filed this action

18    and requested leave to proceed *in forma pauperis*.[1]  (ECF Nos. 1, 2.)  After carefully reviewing

19    plaintiff's complaint, the court concludes that the action should be transferred to the Northern

20    Division of the United States District Court for the Middle District of Alabama.

21        When a civil action is filed in federal court, if the court determines that it lacks personal

22    jurisdiction, "the court shall, if it is in the interest of justice, transfer such action . . . to any other

23    such court in which the action . . . could have been brought at the time it was filed."  28 U.S.C. §

24    1631.

25        "Federal courts ordinarily follow state law in determining the bounds of their jurisdiction

26    over persons."  Walden v. Fiore, 571 U.S. 277, 283 (2014).  A federal court sitting in California

27

28    [1] This case proceeds before the undersigned pursuant to Local Rule 302(c)(21).

"may exercise jurisdiction on any basis not inconsistent with the Constitution of [California] or of the United States." See Cal. Civ. Proc. Code § 410.10.

The Due Process Clause of the Fourteenth Amendment limits a court's ability to exercise personal jurisdiction over nonresident defendants. World–Wide Volkswagen Corp. v. Woodson, 444 U.S. 286, 291 (1980). "Although a nonresident's physical presence within the territorial jurisdiction of the court is not required, the nonresident generally must have certain minimum contacts . . . such that the maintenance of the suit does not offend traditional notions of fair play and substantial justice." Walden, 571 U.S. at 283 (internal citations and quotation marks omitted).

Here, this court plainly lacks personal jurisdiction over defendants because they have no contacts—let alone minimum contacts—with this forum, in relation to plaintiff's allegations. Plaintiff, whose address of record is in Montgomery, Alabama, alleges that the City of Montgomery and its police department violated plaintiff's constitutional rights in Montgomery. (See generally, ECF No. 1.) There is no indication in the complaint that any of defendants' alleged actions somehow occurred within the geographical boundaries of the Eastern District of California. Instead, it is apparent that the action arises from plaintiff's interactions with the defendants in Montgomery, Alabama, which lies within the geographical boundaries of the Northern Division of the United States District Court for the Middle District of Alabama.

Therefore, the court transfers this action to the Middle District of Alabama pursuant to 28 U.S.C. § 1631. In transferring this action, this court expresses no opinion regarding the merits of plaintiff's claims.

Accordingly, IT IS HEREBY ORDERED that:

1. The action, including the pending motion to proceed *in forma pauperis*, is TRANSFERRED to the Northern Division of the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. § 1631.

2. The Clerk of Court shall close this case.[2]

---

[2] Plaintiff is instructed to direct any filings or inquiries related to this case to the Northern Division of the United States District Court for the Middle District of Alabama. *Plaintiff is*

1    IT IS SO ORDERED.

2    Dated: October 1, 2018

3

                                        _Kendall J. Newman_
4                                       KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

28   *cautioned that further filings in the Eastern District of California related to this case will be*
     *disregarded.*

                                        3